In the Matter of the Petition of Hillcrest Center, Inc., and Hillcrest Service Corporation for Disconnection of Certain Territory From the City of Crest Hill, Illinois.

Hillcrest Center, Inc., an Illinois Corporation, and Hillcrest Service Corporation, an Illinois Corporation, Petitioners-Appellees, v. City of Crest Hill, Illinois, Respondent-Appellant.

Gen. No. 11,576. (Abstract of Decision.)

Second District, Second Division.

May 4, 1962.

Cirricione & Penn, of Joliet, for appellant; Herschbach & Tracy, of Joliet, for appellees. Opinion by JUDGE WRIGHT. Not to be published in full.